IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 JUL 20 PM 3: 12

STEPHAN HARRIS, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO GARAY-GUTIERREZ,<br><br>Defendant. | No. 17-CR-177-S<br><br>18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)<br>(Illegal Alien in Possession of Firearms) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

On or about June 26, 2017, in the District of Wyoming, the Defendant, **JULIO GARAY-GUTIERREZ**, then being an alien illegally and unlawfully in the United States, knowingly possessed firearms, namely, a Sig Sauer pistol bearing Serial Number 45A004776, a Sig Sauer pistol bearing Serial Number U500752, and a Bushmaster rifle bearing serial number CBC057757, each of which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2).

A TRUE BILL:

/s/ Signature on File in Clerk's Office
FOREPERSON

*John R. Green*
JOHN R. GREEN
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | JULIO GARAY-GUTIERREZ |
| **DATE:** | July 18, 2017 |
| **INTERPRETER NEEDED:** | Yes |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Cheyenne** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)**<br>(Illegal Alien in Possession of a Firearm)<br><br>0-10 Years Imprisonment<br>Up to $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | John M. Allred, DHS |
| **AUSA:** | Timothy J. Forwood, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | ICE DETAINER |